Anna Lasher, appellant, v. Chicago Railways Company and Chicago City Railway Company, appellees. Gen. No. 25,608.

Action to recover damages to street car passenger by collision of two cars. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Frank H. Novak, for appellant. Frank L. Kriete and William H.

Symmes, for appellees; J. R. Guilliams and Franklin B. Hussey, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.